UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-80025-Marra/McCabe

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

AMEER OMAR SHIHADEH,
   a/k/a "ameershihadeh,"
YOSDY NAYARI SANDOVAL,
   a/k/a "basurita911,"
   a/k/a "Yos Jaen,"
NOAH LEVY RICE,
   a/k/a "nlrice,"
   and
JOSHUA JEREMIAH OROZCO-MORA,

          Defendants.
_____/



FILED BY _____ D.C.
FEB 27 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B))**

Beginning on or about July 29, 2021, and continuing through on or about July 18, 2023, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

1

**AMEER OMAR SHIHADEH,**
a/k/a "ameershihadeh,"
**YOSDY NAYARI SANDOVAL,**
a/k/a "basurita911,"
a/k/a "Yos Jaen,"
and
**NOAH LEVY RICE,**
a/k/a "nlrice,"

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(l), all in violation of Title 21, United States Code, Section 846.

With respect to the defendants, **AMEER OMAR SHIHADEH,** a/k/a **"ameershihadeh,"** and **YOSDY NAYARI SANDOVAL, a/k/a "basurita911," a/k/a "Yos Jaen,"** it is further alleged that the controlled substances involved in the conspiracy attributed to each defendant, as a result of his and her own conduct, the conduct of other conspirators reasonable foreseeable to him and her, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(l)(A)(viii).

With respect to the defendant, **NOAH LEVY RICE,** it is further alleged that the controlled substances involved in the conspiracy attributed to this defendant, as a result of his own conduct, the conduct of other conspirators reasonable foreseeable to him, is 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT 2
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1) and (b)(1)(B))

On or about December 7, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**AMEER OMAR SHIHADEH,**
a/k/a "ameershihadeh,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(l).

It is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT 3
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about December 29, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**AMEER OMAR SHIHADEH,**
a/k/a "ameershihadeh,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(l).

It is further alleged that this violation involved a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 4
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A)(i))

On or about December 29, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**AMEER OMAR SHIHADEH,**
a/k/a "ameershihadeh,"

did knowingly possess a firearm in furtherance of, and did knowingly carry a firearm during and in relation to, a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 5
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1) and (b)(1)(B))

On or about February 1, 2022, in Indian River County, in the Southern District of Florida, the defendants,

**AMEER OMAR SHIHADEH,**
a/k/a "ameershihadeh,"
**YOSDY NAYARI SANDOVAL,**
a/k/a "basurita911,"
a/k/a "Yos Jaen,"
and
**NOAH LEVY RICE,**
a/k/a "nlrice,"

did knowingly and intentionally possess with intent to distribute, and distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(l) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts

4

of its isomers, in violation of Title 21, United States Code, Section 841(b)(l)(B)(viii).

## COUNT 6
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1) and (b)(1)(B))

On or about May 3, 2022, in Broward County, in the Southern District of Florida, the defendant,

**AMEER OMAR SHIHADEH,**
a/k/a "ameershihadeh,"
**YOSDY NAYARI SANDOVAL,**
a/k/a "basurita911,"
a/k/a "Yos Jaen,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(l) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(l)(B)(viii).

## COUNT 7
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1) and (b)(1)(A))

On or about July 18, 2023, in Broward County, in the Southern District of Florida, the defendant,

**YOSDY NAYARI SANDOVAL,**
a/k/a "basurita911,"
a/k/a "Yos Jaen,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(l).

It is further alleged that this violation involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(l)(A)(viii).

## COUNT 8
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B))

Beginning on or about September 9, 2021, and continuing through on or about June 28, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**AMEER OMAR SHIHADEH,**
a/k/a "ameershihadeh,"
**YOSDY NAYARI SANDOVAL,**
a/k/a "basurita911,"
a/k/a "Yos Jaen,"
and
**JOSHUA JEREMIAH OROZCO-MORA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(l), all in violation of Title 21, United States Code, Section 846.

With respect to the defendant, **AMEER OMAR SHIHADEH, a/k/a "ameershihadeh,"** it is further alleged that the controlled substances involved in the conspiracy attributed to this defendant, as a result of his own conduct, the conduct of other conspirators reasonable foreseeable to him, is a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(l)(C).

With respect to the defendants, **YOSDY NAYARI SANDOVAL a/k/a "basurita911," a/k/a "Yos Jaen,"** and **JOSHUA JEREMIAH OROZCO-MORA**, it is further alleged that the controlled substances involved in the conspiracy attributed to each defendant, as a result of his and her own conduct, the conduct of other conspirators reasonable foreseeable to him and her, is 500 grams or more of a mixture and substance containing a detectable amount of

6

cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## COUNT 9
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1) and (b)(1)(C))**

On or about January 28, 2022, in Broward County, in the Southern District of Florida, the defendants,

**AMEER OMAR SHIHADEH,**
a/k/a "ameershihadeh,"
**YOSDY NAYARI SANDOVAL,**
a/k/a "basurita911,"
a/k/a "Yos Jaen,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 10
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1) and (b)(1)(B))**

On or about June 28, 2022, in Broward County, in the Southern District of Florida, the defendants,

**YOSDY NAYARI SANDOVAL,**
a/k/a "basurita911,"
a/k/a "Yos Jaen,"
and
**JOSHUA JEREMIAH OROZCO-MORA,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 500 grams or more of a mixture and

substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **AMEER OMAR SHIHADEH, a/k/a "ameershihadeh," YOSDY NAYARI SANDOVAL, a/k/a "basurita911," a/k/a "Yos Jaen," NOAH LEVY RICE, a/k/a "nlrice,"** and **JOSHUA JEREMIAH OROZCO-MORA**, have an interest.

2. Upon conviction of a violation of, or a conspiracy to violate, Title 21, United States Code, Section 841(a)(l), as alleged in this Indictment, the defendant so convicted shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property the defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of Title 18, United States Code, Section 924(c)(1)(A), or any violation of any other criminal law of the United States, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm and/or ammunition involved in or used in such violation.

4. The property subject to forfeiture includes, but is not limited to, the following:

   (a) The real property known and numbered as 8614 Eagle Run Drive, Boca

8

Raton, Florida 33434, together with all appurtenances, improvements, and attachments therein and thereon; and

(b) The real property known and numbered as 9994 NW 56th Place, Coral Springs, Florida 33076, together with all appurtenances, improvements, and attachments therein and thereon.

All pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
SHANNON O'SHEA DARSCH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

AMEER OMAR SHIHADEH,
a/k/a "ameershihadeh,"
YOSDY NAYARI SANDOVAL,
a/k/a "basurita911,"
a/k/a "Yos Jaen,"
NOAH LEVY RICE,
a/k/a "nlrice,"
and
JOSHUA JEREMIAH OROZCO-MORA

**Defendants.**

CASE NO.: 24-cr-80025-Marra/McCabe

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami     ☐ Key West     ☐ FTP
☐ FTL       ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __7__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☐ 0 to 5 days
   II  ☒ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: /s/ Shannon O'Shea Darsch
SHANNON O'SHEA DARSCH
Assistant United States Attorney
FL Bar No.     68566

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: AMEER OMAR SHIHADEH

**Case No**: 24-cr-80025-Marra/McCabe

**Count 1:**

Conspiracy to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) and 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment:** 10 years
* **Max. Supervised Release:** a minimum of 5 years up to life
* **Max. Fine:** $10,000,000
* **Special Assessment:** $100

**Count 2:**

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** a minimum of 4 years up to life
* **Max. Fine:** $5,000,000

**Count 3:**

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. § 841(a)(1) and 841(b)(1)(C)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment**: N/A
* **Max. Supervised Release:** 3 years to life term of supervised release
* **Max. Fine:** $1,000,000
* **Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

**Count 4:**

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

18 U.S.C. § 924(c)(1)(A)(i)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment:** 5 years, consecutive to any other term of imprisonment
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000.

**Count 5:**

Possession With Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii); 18 U.S.C. § 2
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** a minimum of 4 years up to life
* **Max. Fine:** $5,000,000

**Count 6:**

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. § 841(a)(1), 841(b)(1)(B)(viii); 18 U.S.C. § 2
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** a minimum of 4 years up to life
* **Max. Fine:** $5,000,000

**Count 8:**

Conspiracy to Distribute a Controlled Substance (Cocaine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment**: N/A
* **Max. Supervised Release:** 3 years to life term of supervised release
* **Max. Fine:** $1,000,000
* **Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

**Count 9:**

Distribution of a Controlled Substance (Cocaine)

21 U.S.C. § 841(a)(1) and 841(b)(1)(C); 18 U.S.C. § 2
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment**: N/A
* **Max. Supervised Release:** 3 years to life term of supervised release
* **Max. Fine:** $1,000,000
* **Special Assessment:** $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: _____YOSDY NAYARI SANDOVAL_____

**Case No**: _24-cr-80025-Marra/McCabe_____

**Count 1:**

Conspiracy to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) and 846
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment:** 10 years
* **Max. Supervised Release:** a minimum of 5 years up to life
* **Max. Fine:** $10,000,000
* **Special Assessment:** $100

**Count 5:**

Possession With Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii); 18 U.S.C. § 2
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** a minimum of 4 years up to life
* **Max. Fine:** $5,000,000

**Count 6:**

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. § 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** a minimum of 4 years up to life
* **Max. Fine:** $5,000,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

**Count 7:**

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. § 841(a)(1), 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment:** 10 years
* **Max. Supervised Release:** a minimum of 5 years up to life
* **Max. Fine:** $10,000,000
* **Special Assessment:** $100

**Count 8:**

Conspiracy to Distribute a Controlled Substance (Cocaine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii) and 846
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** a minimum of 4 years up to life
* **Max. Fine:** $5,000,000

**Count 9:**

Distribution of a Controlled Substance (Cocaine)

21 U.S.C. § 841(a)(1) and 841(b)(1)(C); 18 U.S.C. § 2
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment:** N/A
* **Max. Supervised Release:** 3 years to life term of supervised release
* **Max. Fine:** $1,000,000
* **Special Assessment:** $100

**Count 10:**

Distribution of a Controlled Substance (Cocaine)

21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(ii); 18 U.S.C. § 2
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** a minimum of 4 years up to life
* **Max. Fine:** $5,000,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: NOAH LEVY RICE

**Case No**: 24-cr-80025-Marra/McCabe

**Count 1:**

Conspiracy to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) and 846
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** a minimum of 4 years up to life
* **Max. Fine:** $5,000,000

**Count 5:**

Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. § 841(a)(1), 841(b)(1)(B)(viii); 18 U.S.C. § 2
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** a minimum of 4 years up to life
* **Max. Fine:** $5,000,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JOSHUA JEREMIAH OROZCO-MORA

**Case No:** 24-cr-80025-Marra/McCabe

**Count 8:**

Conspiracy to Distribute a Controlled Substance (Cocaine)

21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(B)(ii)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** a minimum of 4 years up to life
* **Max. Fine:** $5,000,000

**Count 10:**

Distribution of a Controlled Substance (Cocaine)

21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(ii); 18 U.S.C. § 2
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment:** 5 years
* **Max. Supervised Release:** a minimum of 4 years up to life
* **Max. Fine:** $5,000,000

\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.